DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00418-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




REAGAN E. GARRETT,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


CHASE MANHATTAN BANK USA,

N.A. SUCCESSOR IN INTEREST TO
§
 SMITH COUNTY, TEXAS

PROVIDIAN NATIONAL BANK

APPELLEES







MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. In his motion, Appellant represents that he has been
granted a new trial and no longer wishes to pursue this appeal. Because Appellant has met the
requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed.


Opinion delivered December 31, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.













(PUBLISH)